IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JANIE MOORE,                  )
                              )
    Plaintiff,                )
                              )
                              )   CIVIL ACTION NO.
    v.                        )      2:11cv170-MHT
                              )          (WO)
METROPOLITAN LIFE             )
INS. CO., et al.,             )
                              )
    Defendants.               )
```

ORDER

It is the ORDER of the court that defendant Metropolitan Life Insurance Company's motion to seal and file a supplemental brief (Doc. No. 79) is denied.

DONE, this the 16th day of September, 2011.

                          /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE