IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JANIE MOORE,                    )
                                )
     Plaintiff,                 )
                                )     CIVIL ACTION NO.
     v.                         )      2:11cv170-MHT
                                )         (WO)
METROPOLITAN LIFE               )
INSURANCE CO.; et al.,          )
                                )
     Defendants.                )

<u>JUDGMENT</u>

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Judgment is entered in favor of plaintiff Janie Moore and against defendants Metropolitan Life Insurance Company; Southern Company Services, Inc.; and Group Life Insurance Plan, Dependent Life Benefits for Southern Company Services, Inc., and Associated or Affiliated Companies.

(2) The decision of defendant Metropolitan Life Insurance Company denying benefits to plaintiff Moore is reversed.

(3) It is DECLARED that plaintiff Moore is entitled to the requested benefits under the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001, et seq.

It is further ORDERED that costs, for which execution may issue, are taxed against defendants Metropolitan Life Insurance Company; Southern Company Services, Inc.; and Group Life Insurance Plan, Dependent Life Benefits for Southern Company Services, Inc., and Associated or Affiliated Companies.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 10th day of June, 2013.

        /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE